IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHADEIRA ROSSER,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CROTHALL HEALTHCARE, INC.,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 22-4925** |

## O R D E R

**AND NOW**, this 13th day of August, 2024, upon consideration of Defendant's Motion to Compel Arbitration (ECF No. 5), the responses thereto (ECF Nos. 8-9), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** as follows:

1. Defendant's Motion (ECF No. 5) is **GRANTED**.

2. This matter is **STAYED** pending resolution of the arbitration proceedings.

3. On or before **October 1, 2024**, Plaintiff shall submit her claims against Defendant to binding arbitration in accordance with the arbitration provisions outlined in the Mutual Arbitration Agreement attached to Defendant's Motion. (ECF No. 5-2 at 6.)

4. Counsel for Defendant shall submit a status report to this Court on **the first day of each month, commencing on November 1, 2024**, to report on the status of the arbitration proceedings, including but not limited to the filing of a claim, the date scheduled for arbitration, and the outcome of any completed arbitration.

5. **Within thirty (30) days of the completion of the arbitration proceedings**, both parties are directed to notify this Court that the arbitration has concluded, whether this matter has been resolved, and that the stay in this matter may be lifted.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**